THOMAS O. BULLOCK et al., Appellants, *v.* A. W. OPPMANN
et al., Respondents.

(Argued January 24, 1890; decided February 25, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made May 23, 1888, which affirmed a judgment in favor of
defendants entered upon a verdict, and affirmed an order
denying a motion for a new trial.

*William A. Abbott* for appellants.

*William H. Townley* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

In the Matter of the Petition of JOHN NEWTON, Commissioner
of Public Works.

(Argued January 27, 1890; decided February 25, 1890.)

APPEAL from order of the General Term of the Supreme
Court in the second judicial department, made September 10,
1889, which affirmed an order of Special Term affirming a
taxation of allowance for counsel fees.

*Nelson J. Waterbury* for appellants.

*David J. Dean* for respondent.

Agree to dismiss, on the ground that the order is discre-
tionary ; no opinion.
All concur.
Appeal dismissed.